## IN THE SUPREME COURT OF THE STATE OF NEVADA

GREGORY HILTY,

Appellant,

vs.

BLACK KNIGHT SPORTS AND ENTERTAINMENT, LLC; AND LAS VEGAS ARENA MANAGEMENT, LLC,

Respondents.

No. 81603

FILED

MAR 30 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Mark R. Denton, District Judge
Jay Young, Settlement Judge
Reitz Law Group
Wiley Petersen
Lincoln, Gustafson & Cercos
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

21-09132